**Antny WILSON, Appellant, v. Joe ABRAHAM et al.**

Circuit Court of Appeals, Eighth Circuit. January 8, 1927.

No. 7528.

Appeal from the District Court of the United States for the Eastern District of Oklahoma.

William Neff and Lewis E. Neff, both of Tulsa, Okl., for appellant.

H. Watson Randolph, John A. Haver, Randolph Shirk, and Richard K. Bridges, all of Tulsa, Okl., for appellees.

PER CURIAM. Appeal dismissed at costs of appellant, per stipulation of parties, etc.

**J. A. WOLF, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit. April 7, 1927.

No. 7808.

In Error to the District Court of the United States for the Western District of Oklahoma.

Charles B. Duffy, of Ponca City, Okl., for plaintiff in error.

Leslie E. Salter, Asst. U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Writ of error docketed and dismissed, on motion of defendant in error, under rule 16.